IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

    v.             Civil No. 05-6033
                  Criminal No. 02-60021

**HENRY TONJE SMITH**                                                     **DEFENDANT**

## O R D E R

Now on this 30th day of November, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #56), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's petition is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                          /s/Jimm Larry Hendren
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**