# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## US PROBATION OFFICE

J. Scott Thibodeaux
Chief U.S. Probation Officer

100 Reserve, Room 100
Hot Springs, AR 71901
(501) 321-9526
Fax - (501) 321-2689

September 20, 2011

Honorable Jimm Larry Hendren
Chief United States District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: **SMITH, Henry Tonje**
Dkt. No. 6:02CR60021-001
<u>Status Report</u>

Dear Judge Hendren:

On 03 March 2003, the above named offender was sentenced in U.S. District Court for the Western District of Arkansas, Hot Springs Division, to one hundred (100) months in the Bureau of Prisons for Bank Robbery. He was released from custody on 27 November 2009 to begin serving a three year term of supervised release.

On 23 February 2010, United States Probation Officer Heath Hall submitted a Probation Form 12C alleging that the defendant had violated the terms of his supervised release by leaving the district without permission, failing to report to the probation office as directed, failure to notify the probation officer of a change in residence, and committing a new law violation. Your Honor ordered the issuance of a warrant for the offender's arrest on 25 February 2010. On 22 August 2011, Your Honor ordered the cancellation of said warrant.

As the defendant is currently serving a term of incarceration in the Arkansas Department of Correction as a result of his new law violation, it is felt that it is in the best interest of justice that the petition submitted by the probation office on 23 February 2010 be withdrawn. The government and defense counsel have been consulted and have no objections.

If you should have any questions, comments, or need further information concerning this matter, please do not hesitate to contact me at (501) 321-9526.

                                                     Respectfully Submitted,

                                                   Joel K. Humphrey
                                                   U. S. Probation Officer

Reviewed and Approved:

Michael W. Hudson

Supervising U.S. Probation Officer

[✓]    Pursue the course of action stated

[ ]    Submit a Request for Modifying the Condition or Term of Supervision

[ ]    Submit a Request for Warrant or Summons

[ ]    Other

Honorable Jimm Larry Hendren                              9/22/11

Chief United States District Judge                              Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 22 2011

CHRIS R. JOHNSON, CLERK
BY
      DEPUTY CLERK